FILED

MAY 2 3 2018

Clerk, U S District Court
District Of Montana
Billings

Robert A. Eaton

113 Moosetrack Drive

Roberts, Montana 59070

District Court of Montana

| | |
|---|---|
| Robert A. Eaton, ) | |
|     Plaintiff, ) | AMENDED COMPLAINT |
| ) | CASE: CV-18-65-BLG-SPW-TSC |
| ) | **DEMAND FOR JURY TRIAL** |
| Vs. ) | |
| Montana Silversmiths, ) | |
|     Defendant ) | |

Plaintiff Robert Eaton brings forth the following causes of action and alleges the following:

1. Plaintiff is an individual and resident of Roberts, Montana

2. Defendant is a corporation and at the time of this complaint, a resident of Columbus, Montana.

3. On or about August, 2016 through January 2017, a young male in his early 20s was brought into Plaintiff's office to train to do the work he did.

4. On or about 01/24/17 Plaintiff brought about concerns with a director in the Company about issues with his direct supervisor, which included concerns of observing sexual and racial harassment with women and Latinos in the company. This director stated he would discuss these concerns with The VP of the company

5. On or about 01/25/17, the VP approached plaintiff insisting he change his hours to different times, which would make it difficult for plaintiff to pick up children from school.

1

6. On or about 04/04/17, plaintiff's direct supervisor provided subpar ratings of yearly evaluation with comments that did not match the markings- one comment on plaintiff not getting along with the supervisor's son.

7. On or about 04/05/17 Plaintiff was taken to a meeting with direct supervisor and VP of company, where he was sent home without good reason.

8. On or about 04/05/17 Plaintiff wrote a grievance letter to company for sending him home without good reason.

9. On or about 04/10/17 Plaintiff returned to work without any verbal reasoning of being sent home.

10. On or about 04/14/17, Plaintiff underwent surgery for work related injury.

11. On or about 05/15/17, Plaintiff received a letter from HR at Montana Silversmiths stating they would undergo a third-party investigation for grievance letter.

12. On or about 06/09/17, Plaintiff received response to grievance letter.

13. On or about 06/12/17, Plaintiff wrote an appeal letter to Montana Silversmiths regarding their response to the grievance letter.

14. On or about 06/14/17 Montana Silversmith's HR wrote an appeal letter stated they have no mechanism for grievance appeal.

15. On or about 06/15/17, Montana Silversmith's HR and VP made a phone call to plaintiff, laying him off.

Plaintiff brings forth the following allegations supporting counts and allegations supporting his cause of action:

Count 1.-Retaliation

Defendant demonstrated retaliation against the Plaintiff for bringing forth concerns in the company, which were initially denied; however, there were noted inconsistencies in documented evaluations in

the third-party investigation as well as the documented Human Rights Bureau investigations- Notes of retaliation included:

- Attempting to change a schedule already agreed upon to allow plaintiff to pick up children from school/babysitter.
- Providing low marks on yearly evaluation without cause/reason that had history or was verified.
- Retaliated by laying plaintiff off after being on workman's comp for injury incurred at work.
- Retaliated because of plaintiff bringing up concerns about observance of sexual/racial harassment.

**COUNT 2. WRONGFUL TERMINATION**

**There were pretextual measures taken that transpired into wrongful termination.**

Count 3. -Disability Discrimination

Defendant demonstrated disability discrimination against Plaintiff by laying him off during work related injury surgery. The surgery had complications, which Plaintiff was not provided information about, but Workers Compensation reported to Plaintiff that Montana Silversmiths was being provided information on his status. Also, Plaintiff had provided information to some administrators of a history of back injury.

Count 4.  Age Discrimination

Plaintiff was told by 2-3 administrators during his time at the facility that they needed to bring in younger people.  A younger person was brought into the office to train for Plaintiff's job just months before he was laid off.

## COUNT 5.  HOSTILE WORK ENVIRONMENT

**The plaintiff endured offensive language by a supervisor in a daily routine, which included strong sexual and derogatory language towards and about woman in the facility as well as visitors. Additionally, this supervisor would verbalize racial slang and threats indirectly to/about employees/administrators of a different race during work hours, making it difficult to work.  This same supervisor made indirect threats to plaintiff on how this supervisor was going to try to get rid of the plaintiff.**

## COUNT 6. DEFEMATAION OF CHARACTER

**False reporting and accusations of VP at Mt. Silversmiths. During a last meeting with the plaintiff, his supervisor, and VP.  The supervisor and VP were harassing the plaintiff, during a meeting when the plaintiff stated he was going to have to do something (about how he was being treated and his observance of racial and sexual harassment).  The VP and supervisor were mocking the plaintiff, saying, "what are you going to do," asking over and over.  The plaintiff stated, "you guys act like I am bringing a bomb.  That is NOT what I am saying, I am saying that I will have to get a lawyer". The VP twisted this phrase 3 months later, after a HRB investigation, trying to use this against the plaintiff.  This was an attempt to use this as part of the rationale for the layoff.**

DAMAGES

4

Wherefore, Plaintiff seeks compensatory damages in the amount of $121,000, which is the amount of offset costs of current year wages subtracted from payments from Worker's Compensations, in addition to 2 more years' worth of wages, together with court costs. **ADDITIONALLY, FOR SAKE OF SAFETY OF EMPLOYEES AT MT. SILVERSMITHS. PLAINTIFF REQUESTS THAT THE EMPLOYER PLACE SERVEILLANCE CAMERAS IN THEIR HALLWAYS AND WORK STATIONS.**

5/23

~~Dated this 4th day of April,~~ 2018

_____

Robert A. Eaton