IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

AUG 16 2019

Clerk, U S District Court
District Of Montana
Billings

ROBERT A. EATON,

    Plaintiff,

vs.

MONTANA SILVERSMITHS,

    Defendants.

CV 18-65-BLG-SPW

ORDER RESCINDING
"ORDER ADOPTING
MAGISTRATE'S FINDINGS
AND
RECOMMENDATIONS"

    The United States Magistrate Judge filed Findings and Recommendations on July 12, 2019. (Doc. 28). Plaintiff, who is pro se, did not receive a mailed copy of the Magistrate's Findings and Recommendations. Therefore, he was not afforded an opportunity to file objections to them. Upon the belief Plaintiff did not object to the Findings and Recommendations, the Court reviewed them for clear error and adopted them in full. (Doc. 29.)

    The Court finds Plaintiff requires an adequate opportunity to object to the Findings and Recommendations. Accordingly,

    IT IS ORDERED that the Order Adopting the Magistrate's Findings and Recommendations (Doc. 29) is RESCINDED.

1

IT IS FURTHER ORDERED the parties shall have an additional fourteen (14) days after service hereof to file objections to the Magistrate's Findings and Recommendations. Because Plaintiff is self-represented, the Court notes he is entitled to an additional three (3) days under Fed. R. Civ. P. 6(d) and L.R. 83.8(d)(4)(B) for a total additional time of seventeen (17) days to file objections, which shall run from the date of service.

DATED this 16th day of August, 2019.

SUSAN P. WATTERS
United States District Judge