FILED
1/22/2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>　　　　　Defendant. | CV 18-65-BLG-SPW-TJC<br><br>**ORDER DENYING ENTRY OF STIPULATED PROTECTIVE ORDER** |

The parties jointly presented for the Court's approval a Stipulated Protective Order. (Doc. 52.)

The Court supports the parties' willingness to cooperate with one another in the crafting of a Stipulated Protective Order, and is not opposed to the parties operating under its terms if that is their wish. However, as set forth in the Court's December 3, 2019 Scheduling Order, there is no need to seek a protective order from this Court, unless the parties can show that the negotiated and signed stipulation is insufficient to protect their interests. (*See* Doc. 43 at ¶ 11.)

Here, the parties have not made this showing. Accordingly, the Court declines to enter the Stipulated Protective Order.

If, in the future, the parties find that cooperation with the terms of the denied Stipulated Protective Order fails to protect their interests, they may move the Court accordingly so long as such motion complies with all applicable rules, including L.R. 5, 26.4 and the Scheduling Order.

Therefore, **IT IS HEREBY ORDERED** that Joint Stipulated Protective Order (Doc. 52) is **DENIED without prejudice**.

DATED this 22nd day of January, 2020.

                                                    TIMOTHY J. CAVAN
                                                  United States Magistrate Judge