IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>　　　　　　Defendant. | CV 18-65-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Compel Plaintiff's First Request for Production. (Doc. 56). The Court notes that Plaintiff failed to adhere to Local Rules 7.1(c), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion. . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. Local Rules, Federal Rules, and Statutes can be found at:

　　　　https://www.mtd.uscourts.gov/court-info/local-rules-and-orders

//

//

//

Accordingly,

**IT IS ORDERED** that Plaintiff's motion (Doc. 56) is **DENIED** with leave to renew.

DATED this 29th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge