IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>                Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>                Defendant. | CV 18-65-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiff Robert A. Eaton's Amended Motion to Compel. (Doc. 59.) Pursuant to this Court's Order, the parties filed a joint status report outlining meet and confer efforts, and identifying the issues remaining to be resolved. (Docs. 66 & 72.) A hearing was then held on May 13, 2020, in the Bighorn Courtroom, James F. Battin Federal Courthouse in Billings, Montana, before the undersigned.

At the hearing, the parties spent approximately 45 minutes engaged in additional meet and confer efforts and further narrowed the remaining issues in dispute. First, the parties agreed that Defendant had supplemented disclosures on May 1, 2020, satisfying this Court's Order of April 7, 2020. (*See* Doc. 71.) Second, Plaintiff agreed to withdraw his motion to compel with respect to Requests for Productions ("RFP") 6, 8, 9, 24, and 25. (*See* Doc. 72 at 32-33.) Last, the parties agreed that the scope of production relating to RFPs 7, 17, and 27 would be

limited to employees in the design and engraving department of Montana Silversmiths, and those in the apprentice program for that department.  Defendant represented that all documents within the narrowed scope of those RFPs have previously been provided to Plaintiff subject to the parties' stipulated protection agreement.

There remaining no further issues for the Court to resolve, **IT IS ORDERED** that Plaintiff's Motion to Compel (Doc. 59) is DENIED as moot. The parties will perform pursuant to the agreement reached during the hearing and entered on the record in open court.

DATED this 13th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge