IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>　　　　　Defendant. | CV 18-65-BLG-SPW-TJC<br><br>ORDER |

IT IS HEREBY ORDERED that this matter is re-assigned to United States District Judge Susan P. Watters.

The Clerk of Court shall immediately notify the parties of the entry of this Order.

DATED this 20th day of September, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge