IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>　　　　　　Defendants. | CV 18-65-BLG-SPW<br><br>ORDER CLARIFYING PRIOR ORDER AND DENYING MOTION FOR RECONSIDERATION |

Before the Court are Plaintiff Eaton's self-styled "Objection to U.S. Magistrate Judge and Order" (Doc. 114) and Defendant Montana Silversmith's Motion to Strike and Request for Clarification (Doc. 115). Eaton objects to the Court's order on various motions, including partial summary judgment. Montana Silversmiths seeks to strike the objection as improper because the order was issued by a District Court Judge, rather than a U.S. Magistrate. The issue stems in part from a typographical error on the Court's behalf. The Court's prior Order (Doc. 113) is mistakenly captioned "U.S. Magistrate Judge and Order"; it should merely read "Order" and is hereby amended as such. The Court apologizes for any confusion or inconvenience due to this mistake. Correspondingly, Eaton's objection is improper and is not well-taken.

1

Eaton, in his reply requests that, in the alternative, his objection be considered a motion for reconsideration. (Doc. 117). Local Civil Rule 7.3(a) requires prior leave from the Court before filing a motion for reconsideration. Local Civil Rule 7.3(b) requires that such motions shall be limited to 2,275 words and must specify that there has either been a change in facts or applicable law presented to the Court in the original motion. Eaton has failed to demonstrate that either prong is met here. The Court also notes that the motion appears to violate Local Rule 7.3(c), which prohibits repetition of argument made on the underlying motion.

Adherence to this local rule will allow the Court, and the parties, to handle matters more expeditiously. Compliance with the local rule shall be required. A mere adverse outcome for one party is not sufficient to support reconsideration. Accordingly,

IT IS ORDERED that Eaton's Motion (Doc. 114) is DENIED insofar as it is an objection and is DENIED to the extent it is a Motion for Reconsideration. Montana Silversmith's Motion to Strike (Doc. 115) is GRANTED.

DATED this 1st day of November, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge