UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>    Defendant. | Case No. CV-18-65 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**JUDGMENT ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF.**

Dated this 25th day of May, 2022.



          TYLER P. GILMAN, CLERK

          By: /s/ A. Carrillo
            Billings Division Supervisor