IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA SILVERSMITHS,<br><br>　　　　　　　Defendant. | CV 18-65-BLG-SPW<br><br>CASE MANAGEMENT ORDER |

The Court held a Final Pretrial Conference on February 12, 2025. In addition to the transcript of the record of the hearing, the Court memorializes its rulings in this Order.

1. The Court and the parties decided that no fewer than 25 jurors will be called to court on March 3, 2025. Initially, 15 jurors will be called forward into the well to participate in voir dire. Each side shall have a total of 4 peremptory challenges. Each side will get 3 peremptory challenges plus an additional peremptory challenge for the additional 1 juror. The trial jury shall consist of seven (7) members; six (6) jurors and one (1) alternate. The alternate will be chosen by randomn selection at the conclusion of the closing arguments.

1

2. Each party shall have forty-five (45) minutes to conduct voir dire. Opening statements will be limited to thirty (30) minutes. Closing arguments shall be limited to forty-five (45) minutes for the Plaintiff (including rebuttal) and thirty (30) minutes for the Defendant. The trial shall commence at 9:00 a.m. each morning.

3. Pursuant to Fed. R. Civ. P. 615, lay witnesses will be excluded from the courtroom. Pursuant to Fed. R. Civ. P. 615(b)(1) and (2), excluded witnesses are prohibited from reviewing the testimony of other witnesses.

DATED this 12th day of February, 2025.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge