IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT A. EATON,<br><br>               Plaintiff,<br><br>-vs-<br><br>MONTANA SILVERSMITHS,<br><br>               Defendant. | Case No. CV 18-65-BLG-SPW<br><br>**ORDER DISMISSING<br>WITH PREJUDICE** |

Upon the Stipulation to Dismiss with Prejudice (Doc. 247) between the parties hereto,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of March, 2025.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge